■ In the Matter of the Application of SAMARITAN MEDICAL CENTER, Appellant, Pursuant to Article 81 of the Mental Hygiene Law for the Appointment of a Guardian of the Person and Property of FREDA M.S., an Alleged Incapacitated Person, Respondent. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [834 NYS2d 887]—Appeal from an order and judgment (one paper) of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered February 16, 2006 in a proceeding pursuant to Mental Hygiene Law article 81. The order and judgment denied the petition.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Klasson*, 290 AD2d 223 [2002]). Present—Martoche, J.P., Smith, Centra, Lunn and Fahey, JJ.